UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WISCONSIN
_____

**WISCONSIN LABORERS HEALTH FUND,**
**WISCONSIN LABORERS APPRENTICESHIP**
**AND TRAINING FUND, BUILDING & PUBLIC**
**WORKS LABORERS VACATION FUND, and**
**JOHN J. SCHMITT (in his capacity as Trustee)**

**WISCONSIN LABORERS-EMPLOYERS**
**COOPERATION AND EDUCATION TRUST FUND,**
**and WISCONSIN LABORERS INDUSTRY**
**ADVANCEMENT PROGRAM FUND,**

                        **Plaintiffs,**
   v.                                                   Case No.  14-cv-252

**ALLSTATE CONCRETE CUTTING, INC. and**
**SHANNON SEAY**

                        **Defendants.**
_____

**ENTRY OF DEFAULT**
**AS TO ALLSTATE CONCRETE CUTTING, INC.**
_____

      The Clerk of Court for the United States District Court for the Western District of Wisconsin, having noted that the Defendant in the above-captioned matter, Allstate Concrete Cutting, Inc., has failed to plead or otherwise defend as provided under the Fed. R. Civ. P. and that fact has been made to appear by the Affidavit of the attorney for the Plaintiffs;

      The Clerk hereby enters the default of Defendant Allstate Concrete Cutting, Inc. pursuant to Rule 55(a) of the Fed. R. Civ. P.

      Dated this __2nd__ day of _____June_____, 2014.

                                                               s/Petert Oppeneer
                                                              Clerk of Court